UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Jonathan Lee Riches,

Case No. 12-50900

Honorable Nancy G. Edmunds

_____/

**ORDER ENJOINING JONATHAN LEE RICHES FROM FILING
FUTURE PLEADINGS WITHOUT LEAVE OF THE COURT**

On February 5, 2008, Judge Ludington issued an Order enjoining Mr. Riches from filing any civil complaint in this Court without first obtaining and providing proof of the Court's permission to do so.  *See Jonathan Lee Riches v. Christina Aguilera and Jordan Bartman*, Case No. 07-14469-BC, Doc. Entry # 4.  On June 17, 2012, Jonathan Lee Riches filed a notice of appearance in Criminal Case No. 10-20403 claiming to represent Defendant Kwame Kilpatrick.  Mr. Riches is not an attorney, and neither Mr. Kilpatrick nor his attorney were aware that Mr. Riches was filing this notice.  Under the Policies and Procedures governing the administration of the Court's Electronic Case Filing system, the Clerk must accept and file every paper presented.  This policy allows Mr. Riches to file nonsensical pleadings without leave of the Court despite Judge Ludington's February 2008 Order.  To avoid that from occurring, **IT IS HEREBY ORDERED** that Mr. Riches be **ENJOINED** from filing any pleading in this Court without first obtaining and providing proof of the Court's permission to do so.

SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: June 19, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 19, 2012, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager