UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Jonathan Lee Riches,

Case No. 12-50900

Honorable Nancy G. Edmunds

_____/

**ORDER ENJOINING "GINO ROMANO" OR ANY OTHER ALIAS USED BY
JONATHAN LEE RICHES FROM FILING
FUTURE PLEADINGS WITHOUT LEAVE OF THE COURT**

On February 5, 2008, Judge Ludington issued an Order enjoining Mr. Riches from filing any civil complaint in this Court without first obtaining and providing proof of the Court's permission to do so.  *See Jonathan Lee Riches v. Christina Aguilera and Jordan Bartman*, Case No. 07-14469-BC, Doc. Entry # 4.  Jonathan Lee Riches who on June 17, 2012 attempted to file an appearance in the Kwame Kilpatrick case, Case No. 10-20403- DT,  has been further enjoined from filing any pleading in this Court without first obtaining and providing proof of the Court's permission to do so.

On June 19, 2012, "Gino Romano" filed a motion to intervene in the Kilpatrick case.  The Court notes that "Mr. Romano"  resides at the same address as Jonathan Lee Riches and apparently has identical handwriting.  Based on a recent filing by "Gino Romano" in the United States District Court for the Middle District of Tennessee, the Court suspects that Jonathan Lee Riches is filing pleadings under the alias of "Gino Romano."  *See Gino Romano v. Kim Kardasian, et al.*, Case No. 3:12-mc-00043, filed

June 1, 2012 in the United States District Court for the Middle District of Tennessee. *See also* Jonathan Lee Riches blog, http://jonathanleerichespictures.blogspot.com.

Under the Policies and Procedures governing the administration of the Court's Electronic Case Filing system, the Clerk must accept and file every paper presented. The Court views this pro se pleading by "Gino Romano" as yet another attempt at thwarting the various orders enjoining Mr. Riches from filing civil complaints or other pleadings in this Court. Accordingly, **IT IS HEREBY ORDERED** that all correspondence generated from Riches' address at 143 Roebling Street, Suite 5, Brooklyn, NY 11211 or variations of his address, or pleadings filed by Mr. Riches, any of his aliases, i.e., "Gino Romano," or any of Mr. Riches' alleged agents (other than counsel), are hereby **ENJOINED** from filing any correspondence or pleading in this Court without first obtaining and providing proof of the Court's permission to do so. The Court is not denying access to the Court, but merely informing Mr. Riches that it will review any and all pleadings for relevance before allowing them to be filed.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: June 21, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 21, 2012, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager